# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.:   CV-11-8457-R                                    DATE: MAY 10, 2012

TITLE: U.S.A. -V- TERRANCE GEORGE TUCKER et al
================================================================
PRESENT:

HON. MANUEL L. REAL, JUDGE

William Horrell                                              N/A
Deputy Clerk                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

Not present                                              Not present

PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution


THIS MATTER IS SET ON CALENDAR FOR HEARING ON MAY 21, 2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF THE PARTIES TO PROSECUTE THIS ACTION.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record


MINUTES FORM II                                              Initials of Deputy Clerk__WH___
CIVIL - GEN                              D-M