# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV-11-8457-R                    **DATE:** MAY 10, 2012

**TITLE:** U.S.A. -V- TERRANCE GEORGE TUCKER et al
================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                              <u>    N/A    </u>
**Deputy Clerk**                              **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANT:**

   Not present                                 Not present

**PROCEEDINGS:** ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution


THIS MATTER IS SET ON CALENDAR FOR HEARING ON MAY 21, 2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF THE PARTIES TO PROSECUTE THIS ACTION.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record

**MINUTES FORM II**                                          Initials of Deputy Clerk__WH___
**CIVIL - GEN**                      D-M