ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
    Room 7516AA, Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Tel:   (213) 894-2464
    Fax:   (213) 894-7819
    Email: robert.lester@usdoj.gov

JS - 6

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TERRANCE GEORGE TUCKER and<br>SONYA DELORES WODKE TUCKER,<br><br>    Defendants.<br>_____<br>HARVEY COLE AND LORRAINE COLE,<br><br>    Garnishees.<br>_____ | No. **CV 11-8457-R(JCx)**<br>[CR 08-1404-R]<br><br><br><br>**ORDER DISMISSING ACTION<br>PURSUANT TO SETTLEMENT** |

Pursuant to settlement, IT IS HEREBY ORDERED that:

1. This action is dismissed.

2. Each party shall bear its own attorney's fees and costs.

3. The Court shall retain jurisdiction over this case to enforce the terms of the settlement agreement.

DATED: August 14, 2012.

_____
UNITED STATES DISTRICT JUDGE
For Judge Manuel L. Real